IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

-------------------------------------------------------X

JAMES THOMAS and DAVID HIXSON, on behalf of themselves and all others similarly situated,

                     Plaintiffs,

    v.

DAVID W. PURKEY, Commissioner of the Tennessee Department of Safety and Homeland Security,

                     Defendant.

-------------------------------------------------------X

No. 3:17-cv-00005

**PLANTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.01, Plaintiffs, and the putative class they seek to represent, hereby move for summary judgment in their favor, as follows:

- declaring Tenn. Code Ann. § 40-24-105(b) (the "Statute") unconstitutional, as a violation of the Due Process and Equal Protection Clauses of the Fourteenth Amendment to Constitution of the United States;

- directing the reinstatement (without fees) of the driver's licenses of those who have been deprived of them under the Statute; and

- enjoining Defendant Purkey from revoking driver's licenses pursuant to the Statute without a prior determination that failure to pay is not due to indigency but rather is "willful" within the meaning of *Bearden v. Georgia*, 461 U.S. 660 (1983).

In support of the motion, plaintiffs submit

- a Stipulation of Facts, with exhibit;

- a Statement Pursuant to Local Rule 56.01 of Material Facts as to Which There is No Genuine Dispute, with exhibits;

- declarations of David Hixson, Edward P. Krugman, and James Thomas; and

- a Memorandum of Law, which pursuant to agreement and this Court's Order of August 8, 2017 (ECF #33), is also Plaintiffs' opposition to Defendant's motion to dismiss.

| | |
|---|---|
| s/ Lori H. Patterson | s/ Claudia Wilner |
| Lori H. Patterson (TN #19848) | Claudia Wilner (NY #4264156) |
| Matthew G. White (TN #30857) | Petra T. Tasheff (NY #2593325) |
| BAKER, DONELSON, BEARMAN, | Edward P. Krugman (NY # 1665892)* |
| CALDWELL & BERKOWITZ, PC | NATIONAL CENTER FOR LAW AND |
| First Tennessee Bank Building | ECONOMIC JUSTICE |
| 165 Madison Avenue, Suite 2000 | 275 Seventh Avenue, Suite 1506 |
| Memphis, Tennessee 38103 | New York, NY 10001 |
| 901-577-8182 | 212-633-6967 |
| lpatterson@bakerdonelson.com | wilner@nclej.org |
| mwhite@bakerdonelson.com | tasheff@nclej.org |
| | krugman@nclej.org |
| | |
| s/ Premal Dharia | s/ Josh Spickler |
| Premal Dharia (DC #484091)* | Josh Spickler TN (TN #21019) |
| CIVIL RIGHTS CORPS | JUST CITY |
| 910 17th Street NW, Suite 500 | 902 South Cooper Street |
| Washington, DC 20006 | Memphis, TN 38104 |
| 202-670-4809 | 901-206-2226 |
| premal@civilrightscorps.org | josh@justcity.org |

August 18, 2017

\*   Pro Hac Vice Application
    Filed or Forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2017, a true and correct copy of the foregoing Plantiffs' Motion for Summary Judgment was filed with the Court using the CM/ECF system which will send notice to counsel of record who are registered with the CM/ECF system.

/s/ Matthew G. White