# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES THOMAS, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No.  3:17-cv-00005 |
| | ) | Judge Trauger |
| BILL HASLAM, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

The court is in receipt of a letter from David Tulis dated April 10, 2018 with

accompanying documents.

It is hereby **ORDERED** that the Clerk shall file this letter and the accompanying

documents as part of the record in this case.

It is so **ORDERED.**

Enter this 16th day of April 2018.

_____

ALETA A. TRAUGER
U.S. District Judge