IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES THOMAS, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 3:17-cv-00005 |
| | ) | Judge Trauger |
| BILL HASLAM, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The Request for Clarification filed by the plaintiffs (Docket No 105) is hereby GRANTED.

The court hereby appoints as class counsel the individuals and organizations/lawfirm listed in the Designation of Those Seeking Appointment as Class Counsel filed on April 6, 2018 (Docket No. 96).

It is further ORDERED that the court appoints as lead counsel, to serve as point of contact for the court and opposing counsel, Jonathan Cole and Matthew White of the Baker Donelson firm.

It is so **ORDERED.**

Enter this 19th day of April 2018.

_____
ALETA A. TRAUGER
U.S. District Judge