IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES THOMAS, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-00005 |
| ) | Judge Trauger |
| BILL HASLAM, ET AL., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Pursuant to instruction from the Sixth Circuit Court of Appeals (Docket No. 137), it is hereby ORDERED that all claims in this case are hereby DISMISSED with prejudice as moot.

It is so **ORDERED.**

Enter this 30th day of September 2019.

_____
ALETA A. TRAUGER
U.S. District Judge