**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 04, 2019

Mr. Kirk L. Davies
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

> Re: Case No. 18-5766, *James Thomas, et al v. Bill Lee, et al*
> Originating Case No. : 3:17-cv-00005

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

> Sincerely yours,
>
> s/Briston S. Mitchell
> Case Manager
> Direct Dial No. 513-564-7082

cc: Mr. Andrew Bolter Campbell
   Mr. Premal Dharia
   Mr. Edward P. Krugman
   Mr. William R. Maurer
   Ms. Tara Mikkilineni
   Mr. Alexander Stuart Rieger
   Mr. Joshua Spickler
   Mr. Jonas Wang
   Mr. Matthew George White
   Ms. Claudia Eleaza Wilner

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

No: 18-5766

---

Filed: October 04, 2019

JAMES THOMAS; DAVID HIXSON

    Plaintiffs - Appellees

v.

BILL HASLAM, Governor of Tennessee, in his official capacity; BILL LEE, Governor of Tennessee, in his official capacity

    Defendants

and

JEFF LONG, Commissioner for the Department of Safety and Homeland Security, in his official capacity.

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 09/12/2019 the mandate for this case hereby issues today.

COSTS: None